**Order filed February 11, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-14-00032-CV

————————

**HENRY SIMPSON, Appellant**

**V.**

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 67239I**

---

## O R D E R

The clerk's record was filed February 5, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the judgment being appealed.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before March 11, 2014, containing the judgment being appealed.

**If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.**


PER CURIAM